

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00217-CV

Mohamad **NAWAR**, M.D.,
Appellant

v.

Jennifer June **THOMPSON**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32081
Honorable Enrique Fernandez, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 2, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_____
Luz Estrada, Chief Deputy Clerk